IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JASON D. MITCHELL                                                               PLAINTIFF

v.                                    No. 4:11-cv-836-DPM

CITY OF WYNNE
and JEFF SANDERS, individually and
in his official capacity                                                        DEFENDANTS

## JUDGMENT

Mitchell's claims against the City of Wynne and Jeff Sanders are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_5 September 2014_